# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

STEPHEN LEONARD GUARDINO, JR.,

        Plaintiff,

v.                               Case No: 6:18-cv-2102-Orl-40TBS

CITY OF DELAND POLICE DEPARTMENT,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) filed on December 6, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be denied and Plaintiff's complaint be dismissed without leave to amend.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 8, 2019 (Doc. 5), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **DENIED**.

3. This case is **DISMISSED** without prejudice and without further leave to amend.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 29, 2019.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties